**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 22-7393**

───────────────

CHRISTOPHER MOSBY,

        Plaintiff - Appellant,

   v.

UNITED STATES OF AMERICA,

        Defendant - Appellee.

───────────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington.  Terrence W. Boyle, District Judge.  (7:17-cv-00253-BO)

───────────────

Submitted:  October 31, 2023                    Decided:  November 2, 2023

───────────────

Before HARRIS and QUATTLEBAUM, Circuit Judges, and KEENAN, Senior Circuit Judge.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Christopher Mosby, Appellant Pro Se.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher Mosby appeals the district court's orders denying postjudgment motions filed in his 18 U.S.C. § 983(e) proceeding to set aside an administrative forfeiture. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. *Mosby v. United States*, No. 7:17-cv-00253-BO (E.D.N.C. Nov. 2 & Nov. 11, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*